**EXHIBIT 2**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| STEVEN C. FUSTOLO, | ) ) | Chapter 7 |
|  | ) | Case No. 13-12692-JNF |
| Debtor. | ) ) |  |
|  | ) )  |  |
| THE PATRIOT GROUP, LLC, | ) ) |  |
| Plaintiff, | ) ) | Adversary Proceeding |
|  | ) | No. 15-01015-JNF |
| v. | ) ) |  |
| STEVEN C. FUSTOLO, and JOHN DOES 1-10, | ) ) ) |  |
| Defendants. | ) ) |  |

## [PROPOSED] ORDER GRANTING INJUNCTION

This matter having come before the Court on January __, 2015 on Creditor Patriot Group, LLC's (Patriot) Motion for Injunctive Relief in the above-captioned Adversary Proceeding. The Court having reviewed the Verified Complaint, Patriot's Motion for Injunctive Relief, and having heard argument of counsel, it is hereby ORDERED AND ADJUDGED as follows:

### I. FINDINGS OF FACT

1. The Plaintiff in this Adversary Proceeding is Creditor Patriot Group, LLC. Defendants are Steven C. Fustolo and John Does 1-10.

2. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). The Court has authority to issue injunctive relief requested herein pursuant to Bankruptcy Code sections 105(a), 303(b), 523(c) and 727(c); *In re G.S.F. Corp.*, 938 F.2d 1467, 1479 (1st Cir. 1991).

3. Beginning in the Spring 2014, defendants began a deliberate course of conduct designed to attack Patriot's reputation and business as a means of intimidating Patriot and influencing the claims asserted in, and the outcome of, these bankruptcy proceedings.

4. Defendants engaged in these attacks by fabricating accusations of tax and securities fraud by Patriot and Mr. Howe and publishing those fabrications on the Internet and distributing accusations by US mail. Defendants' cyber-bullying campaign and other misconduct was intended to publicly humiliate, harass, threaten, and harm Patriot and related persons.

5. Defendants' misconduct has and continues to interfere with and impede Patriot's statutorily protected rights as a creditor in bankruptcy and the integrity of the bankruptcy process.

6. The harm that continues to befall Patriot if injunctive relief is not granted greatly outweighs any harm to defendants if the Court enters an injunction.

7. The entry of injunctive relief under the facts and circumstances of this case is in the public interest.

## II. INJUNCTION ORDER

After due deliberation and cause appearing therefore, and in accordance with Bankruptcy Code 105(a), Bankruptcy Rules 7001(7) and 7065, and Rule 65 of the Federal Rules of Civil Procedure, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** as follows:

A. Pending the resolution of this Chapter 7 Case, Mr. Fustolo, his agents, officers, members, managers, employees, representatives, and any person acting on his behalf (Restrained Parties) shall immediately cease and desist from publishing or causing to be published any articles, press releases, blogs, stories, or publications of any sort on the Internet, through US mail, or through any other medium concerning: Patriot; Old Hill, Inc.; Mr. Howe; members of Mr. Howe's family; employees, officers, directors, and agents of Patriot, Old Hill, and Mr. Howe; and

        any other business ventures in which Mr. Howe is a principal, owner, investment advisor, officer, director, or employee (Protected Parties).

B.      The Restrained Parties shall take all actions reasonably necessary to remove the defamatory, disparaging, libelous, harassing, unlawful, or false statements about the Protected Parties, including, without limitation, those statements found at the URLs identified in Section (1)(D) below (Statements) from the Internet, including, without limitation, personally removing the Statements from the Internet;

C.      The Restrained Parties shall take all actions necessary to request that the following Internet sites remove the Statements from their websites:

>   www.ripoffreport.com;
>   www.complaints.com;
>   www.complaintsboard.com;
>   www.pissedconsumer.com;
>   www.complaintwire.org;
>   PRNation.org;
>   www.youtube.com;
>   www.vimeo.com; and
>   www.dailymotion.com.

D.      The Restrained Parties shall take all actions reasonably necessary to remove the Statements from the indices of all Internet search engines, including, without limitation, Google, Yahoo!, and Bing (Internet Search Engines). Such actions shall include requesting that the Internet Search Engines remove URLs containing unlawful content from their search indices. The URLs that contain such unlawful content include:

1. http://whistleblowersinternationalblog.blogspot.com/
2. http://www.releasewire.com/press-releases/john-howe-and-old-hill-partners-accused-of-harrassment-intimidation-and-retaliation-against-us-whistleblower-in-howes-tax-fraud-and-sec-fraud-case-539864.htm
3. https://www.prnation.org/old-hill-partners-patriot-group-and-westports-john-c-howe-embroiled-in-another-sec-fraud-investigation/
4. https://www.prnation.org/john-howe-and-old-hill-partners-accused-of-harassment-intimidation-and-retaliation-against-u-s-whistleblower-in-howes-tax-fraud-and-sec-fraud-case/
5. https://www.prnation.org/old-hill-partners-and-john-howe-under-investigation-by-the-irs-and-sec/

6. https://www.prnation.org/john-howe-old-hill-partners-accused-harassment-intimidation-retaliation-u-s-whistleblower-howes-tax-fraud-sec-fraud-case/

7. https://www.prnation.org/john-c-howe-westport-resident-old-hill-partners-llc-investigated-tax-fraud-securities-law-violations/

8. https://www.prnation.org/old-hill-partners-and-john-howe-under-irs-and-sec-investigation/

9. https://www.prnation.org/john-c-howe-westport-resident-and-old-hill-partners-llc-are-being-investigated-for-tax-fraud-and-securities-law-violations/

10. https://www.prnation.org/alleged-tax-cheat-john-c-howe-bullies-whistleblower-bostons-u-s-bankruptcy-court/

11. https://www.prnation.org/john-c-howe-westport-ct-hedge-fund-executive-investigated-tax-fraud-sec-violations/

12. https://www.prnation.org/john-c-howe-westport-resident-patriot-group-llc-investigated-tax-fraud-sec-violations/

13. http://www.wdam.com/story/26343561/john-howe-and-old-hill-partners-accused-of-harrassment-intimidation-and-retaliation-against-us-whistleblower-in-howes-tax-fraud-and-sec-fraud-case

14. http://www.wnem.com/story/26343561/john-howe-and-old-hill-partners-accused-of-harrassment-intimidation-and-retaliation-against-us-whistleblower-in-howes-tax-fraud-and-sec-fraud-case

15. http://www.hawaiinewsnow.com/story/26343561/john-howe-and-old-hill-partners-accused-of-harrassment-intimidation-and-retaliation-against-us-whistleblower-in-howes-tax-fraud-and-sec-fraud-case

16. http://www.kpho.com/story/26343561/john-howe-and-old-hill-partners-accused-of-harrassment-intimidation-and-retaliation-against-us-whistleblower-in-howes-tax-fraud-and-sec-fraud-case

17. http://www.kltv.com/story/26343561/john-howe-and-old-hill-partners-accused-of-harrassment-intimidation-and-retaliation-against-us-whistleblower-in-howes-tax-fraud-and-sec-fraud-case

18. http://www.kplctv.com/story/26343561/john-howe-and-old-hill-partners-accused-of-harrassment-intimidation-and-retaliation-against-us-whistleblower-in-howes-tax-fraud-and-sec-fraud-case

19. http://www.kcbd.com/story/26343561/john-howe-and-old-hill-partners-accused-of-harrassment-intimidation-and-retaliation-against-us-whistleblower-in-howes-tax-fraud-and-sec-fraud-case

20. http://www.wfsb.com/story/26343561/john-howe-and-old-hill-partners-accused-of-harrassment-intimidation-and-retaliation-against-us-whistleblower-in-howes-tax-fraud-and-sec-fraud-case

21. http://www.wtoc.com/story/26343561/john-howe-and-old-hill-partners-accused-of-harrassment-intimidation-and-retaliation-against-us-whistleblower-in-howes-tax-fraud-and-sec-fraud-case

22. http://www.fox5vegas.com/story/26343561/john-howe-and-old-hill-partners-accused-of-harrassment-intimidation-and-retaliation-against-us-whistleblower-in-howes-tax-fraud-and-sec-fraud-case

23. http://www.kctv5.com/story/26343561/john-howe-and-old-hill-partners-accused-of-harrassment-intimidation-and-retaliation-against-us-whistleblower-in-howes-tax-fraud-and-sec-fraud-case

24. http://www.wsmv.com/story/26343561/john-howe-and-old-hill-partners-accused-of-harrassment-intimidation-and-retaliation-against-us-whistleblower-in-howes-tax-fraud-and-sec-fraud-case

25. http://www.wafb.com/story/26343561/john-howe-and-old-hill-partners-accused-of-harrassment-intimidation-and-retaliation-against-us-whistleblower-in-howes-tax-fraud-and-sec-fraud-case

26. http://www.waff.com/story/26343561/john-howe-and-old-hill-partners-accused-of-harrassment-intimidation-and-retaliation-against-us-whistleblower-in-howes-tax-fraud-and-sec-fraud-case

27. http://www.complaintsboard.com/complaints/john-c-howe-financial-scam-c732153.html

28. http://www.complaintsboard.com/complaints/john-c-howe-old-hill-partners-inc-private-hedge-fund-scam-c732360.html

29. http://www.complaintsboard.com/complaints/john-c-howe-old-hill-partners-inc-old-hill-partners-and-its-private-hedge-funds-allegedly-defrauded-investors-c732486.html

30. http://www.complaintsboard.com/complaints/john-c-howe-old-hill-partners-john-c-howe-hedge-fund-scam-c732710.html

31. http://www.complaintsboard.com/complaints/john-c-howe-mike-fencer-bruce-smith-jager-and-smith-fraudster-john-c-howe-tries-to-destroy-boston-whistleblower-in-bostonrsquos-bankruptcy-court-c733175.html

32. http://www.complaintsboard.com/complaints/peter-bergschneider-jacqueline-howe-jacqueline-howersquos-father-john-c-howe-is-investigated-for-tax-and-securities-fraud-c733949.html

33. http://www.complaintsboard.com/complaints/peter-bergschneider-pending-fraud-investigations-place-cloud-over-peter-bergschneiderrsquos-upcoming-wedding-c734031.html

34. http://www.complaintsboard.com/complaints/peter-bergschneider-peter-bergschneider-wedding-paid-for-by-father-john-c-howersquos-stolen-investor-funds-c734043.html

35. http://www.complaintsboard.com/complaints/jacqueline-howe-peter-bergschneider-fraudster-john-c-howe-pays-for-his-daughterrsquos-wedding-with-funds-stolen-from-investors-and-the-irs-c734856.html

36. http://www.complaintsboard.com/complaints/john-c-howe-jacqueline-howe-jacqueline-howersquos-father-john-c-howe-are-being-investigated-for-committing-u-s-tax-and-securities-fraud-c734785.html

37. http://www.complaintsboard.com/complaints/ina-scher-davis-gilbert-ina-scher-of-davis-amp-gilbert-c734310.html

38. http://www.complaintsboard.com/complaints/ina-scher-of-davis-gilbert-ina-scher-of-davis-amp-gilbert-behind-attacks-of-whistleblowers-international-c734661.html

39. http://www.complaintsboard.com/complaints/old-hill-partners-whistleblowers-international-attacked-by-alleged-tax-cheat-john-c-howe-and-old-hill-partners-c735587.html

40. http://www.complaintsboard.com/complaints/john-c-howe-sarah-howe-westport-ct-private-hedge-fund-executive-john-c-howe-is-the-target-of-us-tax-and-securities-fraud-case-c735796.html
41. http://www.complaintsboard.com/complaints/lawyer-ina-scher-davis-gilbert-lawyer-ina-scher-davis-amp-gilbert-hired-russian-computer-hackers-to-illegally-infiltrate-wbi-files-c736153.html
42. http://www.complaintsboard.com/complaints/sarah-howe-jacqueline-howe-sarah-howe-and-daughter-jacqueline-howe-received-stolen-funds-from-tax-cheat-john-c-howe-c737634.html
43. http://www.complaintsboard.com/complaints/sarah-y-howe-sarah-y-howe-received-fraudulent-funds-from-husband-john-c-howe-c736587.html
44. http://complaintwire.org/complaint/4r3k3CV7_Qo/patriot-group-llc-in-darien-connecticut
45. http://complaintwire.org/complaint/aMbJ_HJ0-go/john-howe-old-hill-partners-inc
46. http://complaintwire.org/complaint/BbYIzS5GAgs/old-hill-partners-john-c-howe-private-hedge-fund
47. http://complaintwire.org/complaint/Dc3iXKhD_Qo/john-howe-old-hill-partners-inc
48. http://complaintwire.org/complaint/FTvVjNDJ-wo/john-c-howe-westport-connecticut-usa-old-hill-partners-inc
49. http://complaintwire.org/complaint/JGvJDMFq-go/john-c-howe
50. http://complaintwire.org/complaint/l5jiLLQ8_Qo/john-c-howe
51. http://complaintwire.org/complaint/oPbIvN5d-go/john-c-howe
52. http://complaintwire.org/complaint/pcNDownVBgs/old-hill-partners-mr-john-howe-mike-fencer-bruce-smith-jager
53. http://complaintwire.org/complaint/pJ3jLFNd_Qo/old-hill-partners
54. http://complaintwire.org/complaint/stTjdLlj_Qo/john-c-howe's-patriot-group-and-old-hill-partners
55. http://complaintwire.org/complaint/SuvjzD1m_Qo/old-hill-partners-and-john-c-howe's-private-hedge-funds

56. http://complaintwire.org/complaint/twfkBPxo_Qo/hedge-fund-manager-john-howe

57. http://complaintwire.org/complaint/utPJ_Ml1-go/john-c-howe-patriot-group-llc

58. http://complaintwire.org/complaint/vtNDg_bWBgs/jager-and-smith-john-c-howe-old-hill-partners

59. http://complaintwire.org/complaint/ZkjWZELp-wo/old-hill-partners-inc-and-john-c-howe

60. http://complaintwire.org/complaint/h6bUnBS0-wo/old-hill-partners-john-c-howe-connecticut

61. http://complaintwire.org/complaint/VROoEgbPGQs/john-c-howe-and-old-hill-partners

62. http://complaintwire.org/complaint/AVtu0p7XEQs/park-hill-group's-peter-bergschneider

63. http://complaintwire.org/complaint/bpFwyu8UEgs/jacqueline-howe

64. http://complaintwire.org/complaint/dSZuWknREQs/peter-bergschneider

65. http://complaintwire.org/complaint/9rKmKg2qGQs/peter-bergschneider-jacqueline-howe-wedding

66. http://complaintwire.org/complaint/J3PH4tn_HAs/park-hill-group-peter-bergschneider

67. http://complaintwire.org/complaint/fGe7gpqlGws/ina-scher-new-york-law-firm-davis-gilbert

68. http://complaintwire.org/complaint/U2emUqagGQs/ina-scher-davis-gilbert-llc-new-york

69. http://complaintwire.org/complaint/NQeUQhWAFgs/ina-scher-davis-gilbert

70. http://complaintwire.org/complaint/BErH2j38HAs/davis-gilbert-llp-new-york

71. http://complaintwire.org/complaint/Deojv6pUJgs/old-hill-partners

72. http://complaintwire.org/complaint/hoxB955MKQs/old-hill-partners

73. http://complaintwire.org/complaint/BxhEfDgnNAs/sarah-y-howe [

74. http://complaintwire.org/complaint/5z9Ft0EzRws/sarah-y-howe
75. http://www.ripoffreport.com/r/old-hill-partners-john-howe/darien-connecticut-06820/old-hill-partners-john-howe-john-c-howe-old-hill-partners-inc-patriot-group-llc-o-1185777
76. http://www.ripoffreport.com/r/John-C-Howe-Old-Hill-Partners-Inc/Darien-Connecticut-06820-/John-C-Howe-Old-Hill-Partners-Inc-John-C-Howe-Old-Hill-Partners-Inc-Patriot-Gro-1185552
77. http://www.ripoffreport.com/r/John-C-Howe/WESTPORT-Connecticut/John-C-Howe-John-Howe-Old-Hill-Partners-Inc-Patriot-Group-LLC-Warning-John-C-1185330
78. http://www.ripoffreport.com/r/John-C-Howe-Patriot-Group-Old-Hill-Partners-/Darien-Connecticut-06820-/John-C-Howe-Patriot-Group-Old-Hill-Partners-John-C-Howe-Patriot-Group-and-Old-Hil-1185795
79. http://www.ripoffreport.com/r/Ina-Scher-Davis-Gilbert-/internet/Ina-Scher-Davis-Gilbert-Ina-Scher-Davis-Gilbert-Davis-Gilbert-LLP-Ina-Scher-of-1189043
80. http://it.anygator.com/articolo/john-howe-westport-resident-and-patriot-group-llc-investigated-for-tax-fraud-and-sec-violations__1612077
81. http://it.anygator.com/articolo/john-c-howe-westport-connecticut-usa-old-hill-partners-inc-patriot-group-llc-and-other__1612087
82. http://it.anygator.com/articolo/the-tax-fraud-and-sec-violations-of-john-c-howe-westport-connecticut__1612050
83. http://it.anygator.com/articolo/whistleblowers-international-attacked-by-alleged-tax-cheat-john-c-howe-and-old-hill-partnersflv__1612070
84. http://it.anygator.com/articolo/the-tax-scam-of-john-c-howe-westport-connecticut-usa-old-hill-partners-inc-patriot-group-llc__1612056
85. http://it.anygator.com/articolo/mr-howe-coerces-and-intimidates-u-s-web-sites-to-remove-truthful-and-damaging-articles__1612061
86. http://it.anygator.com/articolo/old-hill-partners-and-john-howe-under-investigation-for-irs-and-securities-fraud-flv__1612082

87. http://old-hill-partners.pissedconsumer.com/john-c-howe-and-old-hill-partners-block-truthful-web-content-about-their-alleged-irs-and-sec-frauds-20141112556850.html

88. http://old-hill-partners.pissedconsumer.com/members-of-john-c-howe-s-patriot-group-and-old-hill-partners-may-be-complicit-in-mr-howe-s-alleged-tax-and-securities-frauds-20141102553226.html

89. http://jacqueline-howe-and-peter-bergschneider.pissedconsumer.com/jacqueline-howe-s-father-john-c-howe-is-investigated-for-tax-and-securities-fraud-20141111556438.html

90. http://park-hill-group-peter-bergschneider.pissedconsumer.com/park-hill-group-s-peter-bergschneider-marrying-jacqueline-howe-and-into-the-disgraced-westport-howe-family-20141117558671.html

91. http://peter-bergschneider-jacqueline-howe.pissedconsumer.com/peter-bergschneider-jacqueline-howe-mexican-wedding-might-have-a-surprise-visitor-the-irs-20141117558673.html

92. http://jacqueline-howe-peter-bergschneider.pissedconsumer.com/jacqueline-howe-peter-bergschneider-wedding-paid-for-by-father-john-c-howe-s-stolen-investor-funds-20141118559200.html

93. http://ina-scher-of-davis-gilbert-llc.pissedconsumer.com/ina-scher-of-davis-gilbert-behind-attacks-of-whistleblowers-international-20141117558666.html

94. http://other-company.pissedconsumer.com/lawyer-ina-scher-davis-gilbert-hired-russian-computer-hackers-to-illegally-infiltrate-wbi-files-20141130563681.html

95. http://old-hill-partners.pissedconsumer.com/whistleblowers-international-attacked-by-alleged-tax-cheat-john-c-howe-and-old-hill-partners-20141125561908.html

96. http://www.complaints.com/2014-10-28/business-finances/john-c-howe-private-hedge-fund/westport-ct-us/fraud-alert-john-c-howe/1001414497350471158.html

97. http://www.complaints.com/2014-10-29/business-finances/john-c-howe-old-hill-partners-inc/darien-ct-06820-us/john-c-howe-old-hill-partners-inc-investigated-for-tax-fraud-and-sec-violations/1001414577478819975.html

98. http://www.complaints.com/2014-11-17/business-finances/peter-bergschneider/us/pending-fraud-investigations-of-westport-s-john-c-howe-and-peter-bergschneider/1001416214360278091.html

99. http://www.complaints.com/2014-11-11/business-finances/jacqueline-howe-and-peter-bergschneider/darien-ct-06820-us/jacqueline-howe-s-father-john-c-howe-is-investigated-for-tax-and-securities-fraud/1001415710711379383.html

100. http://www.complaints.com/2014-11-17/business-finances/jacqueline-howe-wedding/us/tax-cheat-john-c-howe-plans-an-elaborate-mexican-wedding-for-his-daughter-jacqueline-using-fraudulently-obtained-funds/1001416215873317867.html

101. http://www.complaints.com/2014-11-15/business-finances/ina-scher-davis-gilbert/new-york-10019-us/ina-scher-of-davis-gilbert-behind-attacks-of-whistleblowers-international/1001416045094669371.html

102. http://www.complaints.com/2014-11-17/business-finances/davis-gilbert-llp-attorneys-at-law/us/scher-threatens-media-to-take-down-content-about-tax-cheat-client-john-c-howe/1001416214511278408.html

103. http://www.complaints.com/2014-11-18/business-finances/john-c-howe-jacqueline-howe-peter-bergschneider/us/pending-fraud-investigations-of-westport-s-john-c-howe-place-cloud-over-daughter-jacqueline-howe-s-upcoming-wedding-to-peter-bergschneider/1001416328161339792.html

104. http://www.complaints.com/2014-11-25/business-finances/old-hill-partners/darien-ct-06820-us/whistleblowers-international-attacked-by-alleged-tax-cheat-john-c-howe-and-old-hill-partners/1001416919013915419.html

105. http://www.videobash.com/video_show/scam-alert-john-c-howe-westport-connecticut-2830561

106. http://www.videobash.com/video_show/irs-and-sec-investigations-on-john-howe-old-hill-partners-2830591
107. http://www.videobash.com/video_show/press-release-the-tax-frauds-of-john-c-howe-old-hill-partners-inc-p-2830551
108. http://www.videobash.com/video_show/international-scammer-john-c-howe-westport-connecticut-usa-old-hill-2830541
109. http://www.dailymotion.com/video/x2a8qle_jacqueline-howe-s-father-fraudster-john-c-howe-pays-for-his-daughter-s-wedding-with-funds-stolen-fro_news
110. http://www.dailymotion.com/video/x2a8qgt_westport-s-jacqueline-howe-peter-bergschneider-mexican-wedding-might-have-a-surprise-visitor-the-irs_news
111. http://www.dailymotion.com/video/x2a8qaz_jacqueline-howe-peter-bergschneider-wedding-paid-for-by-father-john-c-howe-s-stolen-investor-funds_webcam
112. http://www.dailymotion.com/video/x2a8q5t_tax-cheat-john-c-howe-plans-an-elaborate-mexican-wedding-for-his-daughter-jacqueline-using-fraudulen_people
113. http://www.dailymotion.com/video/x2a8pze_westport-s-jacqueline-howe-peter-bergschneider-wedding-paid-for-by-father-john-c-howe-s-stolen-inves_webcam
114. http://www.dailymotion.com/video/x2a8ppp_cloud-over-daughter-jacqueline-howe-s-upcoming-wedding-to-peter-bergschneider_news
115. http://www.dailymotion.com/video/x2a8pjs_jacqueline-howe-s-father-john-c-howe-is-investigated-for-tax-and-securities-fraud_lifestyle
116. http://www.dailymotion.com/video/x2akko1_fraud-investigations-over-peter-bergschneider-s-wedding-to-jacqueline-howe_webcam
117. http://www.dailymotion.com/video/x2aki59_jacqueline-howe-peter-bergschneider-wedding-using-fraudulently-obtained-funds_news

118. http://www.dailymotion.com/video/x2akhu5_jacqueline-howe-s-wedding-to-peter-bergschneider-using-stolen-funds-for-paying-the-wedding_webcam

119. http://www.dailymotion.com/video/x2akhg1_jacqueline-howe-s-upcoming-wedding-to-peter-bergschneider-pending-fraud-investigations_webcam

120. http://www.dailymotion.com/video/x2akiz1_ripoff-report-complaint-ina-b-scher-davis-gilbert-llp_lifestyle

121. http://www.dailymotion.com/video/x2akkeu_peter-bergschneider-s-future-father-in-law-john-c-howe-is-investigated-for-tax-and-securities-fraud_lifestyle

122. http://www.dailymotion.com/video/x2b0mig_fraud-alert-old-hill-partners-collateralized-loan-direct-loans-darien_lifestyle

123. http://www.dailymotion.com/video/x2b0m31_fraud-report-old-hill-partners-inc-old-hill-is-an-sec-registered-investment-adviser_lifestyle

124. http://www.dailymotion.com/video/x2b0lja_tax-fraud-alert-old-hill-partners-is-an-ria-based-in-darien-ct_news

125. http://www.dailymotion.com/video/x2b0l9t_john-c-howe-westport-ct-hedge-fund-executive-investigated-for-tax-fraud-and-sec-violations_news

126. http://www.dailymotion.com/video/x2b0k5q_second-whistleblower-comes-forward-against-westport-s-john-c-howe-and-old-hill-partners_news

127. http://www.dailymotion.com/video/x2b0kah_alleged-tax-cheat-john-c-howe-bullies-whistleblower-in-boston-s-u-s-bankruptcy-court_lifestyle

128. http://www.dailymotion.com/video/x2b0mbv_westport-s-jacqueline-howe-peter-bergschneider-wedding-paid-for-by-father-john-c-howe-s-stolen-inves_lifestyle

129. http://www.dailymotion.com/video/x2b0m87_tax-fraud-alert-ina-b-scher-davis-gilbert-llp_webcam

130. http://www.dailymotion.com/video/x2b1ejw_john-howe-westport-resident-and-patriot-group-llc-investigated-for-tax-fraud-and-sec-violations_webcam

131. http://www.frequency.com/video/mr-john-c-howe-ina-b-scher-davis-gilbert/205770299?cid=5-14431

132. http://grontliv.org/?p=21179

133. http://www.digitaljournal.com/pr/2138503

134. http://betterthenlastyearsreturn.com/john-c-howe-westport-resident-and-old-hill-partners-llc-investigated-for-tax-fraud-and-securities-law-violations/

135. http://upandcomingmogul.com/john-c-howe-westport-resident-and-old-hill-partners-llc-investigated-for-tax-fraud-and-securities-law-violations-2/

136. http://allthehobbies.com/old-hill-partners-and-john-howe-under-irs-and-sec-investigation/

137. http://ethicsgeek.com/news/john-howe-and-old-hill-partners-accused-of-harrassment-intimidation-and-retaliation-against/

138. http://eupolitics.einnews.com/article_detail/219791612?lcode=OIZ-9Ocp1s0kXZLDxw8eIdX-g_VGs-ONXwcC8Hi5DWc%3

139. http://beforeitsnews.com/business/2014/08/john-howe-and-old-hill-partners-accused-of-harrassment-intimidation-and-retaliation-against-u-s-whistleblower-in-howes-tax-fraud-and-sec-fraud-case-2650010.html

140. http://bikingtomars.com/john-c-howe-westport-ct-hedge-fund-executive-investigated-for-tax-fraud-and-sec-violations/

141. http://firmnews360.com/alleged-tax-cheat-john-c-howe-bullies-whistleblower-in-bostons-u-s-bankruptcy-court/

142. http://rethinkingtaxes.com/john-c-howe-westport-resident-and-old-hill-partners-llc-investigated-for-tax-fraud-and-securities-law-violations-2/

143. http://mediaexpertsearch.com/?p=20642

144. http://mediaexpertsearch.com/?p=20644

145. http://mediaexpertsearch.com/?p=20648

146. http://mindquestkids.com/?p=20836

147.  http://mindquestkids.com/?p=20839
148.  http://mindquestkids.com/?p=20841
149.  https://ping.it/Stories/Details/5506820
150.  http://pressreleasenation.wordpress.com/tag/old-hill-partners/
151.  http://bankruptcy.tinyknowledge.com/72080330/?class=Bankruptcy&title=John+HoweOld+Hill+Partners+Accused+of+Harrassment+Intimidation Retaliation+Again
152.  http://filefinds.net/tax-fraud-alert
153.  http://hiphopcomplex.com/john-c-howe-westport-resident-and-old-hill-partners-llc-investigated-for-tax-fraud-and-securities-law-violations/
154.  http://old-hill-partners.pissedconsumer.com/old-hill-partners-mislead-new-private-investors-20150106578906.html
155.  http://peter-bergschneider-park-hill-group.pissedconsumer.com/peter-bergschneider-s-career-at-park-hill-group-frauds-perpetrated-by-fiance-jacqueline-howe-20150106578901.html
156.  http://jacqueline-howe-wedding.pissedconsumer.com/accusations-surface-that-jacqueline-howe-assisted-tax-cheat-father-john-c-howe-in-stealing-client-funds-20150106578900.html
157.  http://www.complaintsboard.com/complaints/jacqueline-howe-john-c-howe-peter-bergschneider-peter-bergschneider-to-repay-millions-of-fraudulent-transfers-from-jacqueline-howe-c739300.html
158.  http://www.dailymotion.com/michaeldouglas2
159.  http://www.dailymotion.com/debt3
160.  http://www.complaints.com/2014-12-23/business-finances/john-c-howe-jacqueline-howe/darien-ct-06820-us/westport-s-jacqueline-howe-may-be-forced-into-personal-bankruptcy/1001419327987845258.html
161.  http://complaintwire.org/complaint/BxhEfDgnNAs/sarah-y-howe
162.  http://www.complaints.com/2014-12-12/business-finances/sarah-howe-jacqueline-howe/westport-ct-us/sarah-howe-and-daughter-jacqueline-howe-received-stolen-funds-from-tax-cheat-john-c-howe/1001418370080194911.html

163. http://sarah-y-howe.pissedconsumer.com/westport-sarah-y-howe-should-be-concerned-about-her-lifestyle-some-ask-whether-bankruptcy-is-imminent-20141216570569.html

164. http://old-hill-partners.pissedconsumer.com/sarah-howe-and-daughter-jacqueline-howe-received-stolen-funds-from-tax-cheat-john-c-howe-20141212568878.html

165. http://www.ripoffreport.com/r/John-C-Howe/WESTPORT-Connecticut/John-C-Howe-John-Howe-Old-Hill-Partners-Inc-Patriot-Group-LLC-Warning-John-C-1185330

166. http://complaintwire.org/complaint/Zm0KZWlQUQs/jacqueline-howe-john-c-howe

167. http://www.complaints.com/2014-12-24/business-finances/john-c-howe-old-hill-partners/darien-ct-06820-us/john-c-howe-hired-russian-computer-hackers-to-illegally-infiltrate-wbi-files/1001419417749182575.html

168. http://www.pissedconsumer.com/product/jacqueline-howe-and-peter-bergschneider.html

169. http://complaintwire.org/complaint/i2KmChCgGQs/jacqueline-howe-peter-bergschneider

170. http://complaintwire.org/complaint/mIke31HNQAs/sarah-howe-jacqueline-howe

171. http://old-hill-partners.pissedconsumer.com/westport-sarah-y-howe-should-be-concerned-about-her-lifestyle-some-ask-whether-bankruptcy-is-imminent-20141216570569.html

172. http://www.ripoffreport.com/reports/specific_search/Jacqueline

173. http://complaintwire.org/complaint/ODn9OWjldAs/old-hill-partners

174. http://complaintwire.org/complaint/Jq38mUjedAs/old-hill-partners

175. http://old-hill-partners.pissedconsumer.com/old-hill-partners-caught-in-their-ponzi-scheme-new-investors-defrauded-20150114582157.html

E. The Restrained Parties shall fully cooperate with Plaintiff in its investigation and legal proceedings concerning the Statements, including, without limitation:

i. The Restrained Parties shall provide timely and truthful responses to all communication (whether by mail, telephone, e-mail, or in person) from Plaintiff;

ii. The Restrained Parties shall make themselves available within two calendar days or less, upon the request of Plaintiff, to conduct telephone conferences and videoconferences with Plaintiff in connection with the Statements;

iii. The Restrained Parties shall make themselves available upon fifteen (15) days' notice for formal deposition and other testimony concerning the Statements;

iv. The Restrained Parties shall testify truthfully regarding their knowledge of the Statements;

v. The Restrained Parties shall fully cooperate with and assist Plaintiff in the investigation and prosecution of all claims by Plaintiff concerning the Statements;

vi. The Restrained Parties shall provide authorization, signatures, and any other assistance necessary in connection with subpoenas to third parties who have control of the Restrained Parties' e-mail communications, text messages, or phone records related to the Statements;

vii. The Restrained Parties shall timely accept and respond to all subpoenas issued in connection with all proceedings concerning the Statements;

viii. The Restrained Parties shall execute all documents and agreements, including, without limitation, sworn statements requested by Plaintiff in connection with assisting the investigation and prosecution of all claims by Plaintiff concerning the Statements;

ix. The Restrained Parties shall testify and otherwise supply all evidence necessary to support admission into evidence, in proceeding relating to the Statements, of all data, documents, and electronic evidence provided to Plaintiff;

x. The Restrained Parties shall promptly notify Plaintiff of any communication received from anyone relating to the Statements, and shall promptly transmit copies of any such communications to Plaintiff;

  F.  The Restrained Parties shall issue a retraction of the Statements in a form satisfactory to Plaintiff.

  G.  Because it is foreseeable that the Statements will be posted, published and/or referenced on webpages in addition to those listed in Paragraph C in the future, the Restrained Parties shall take all actions at the time of any such additional posting, publication and/or reference reasonably necessary to request that any website at which such posting, publication and/or reference is located, remove the posting, publication and/or reference from its website;

  H.  Because it is foreseeable that the Statements will be posted, published and/or referenced on webpages in addition to those listed in Paragraph C in the future, the Restrained Parties shall take all actions at the time of any such additional posting, publication and/or reference reasonably necessary to request any URL at which such posting, publication and/or reference is located, be removed from the indices of every Internet search engine, including, but not limited to, Google, Yahoo! and Bing.

  I.  Mandated, that if any of the Restrained Parties publish further defamatory, disparaging, libelous, harassing, or false statements about the Protected Parties similar to or the same as the content enjoined in this Order, or using IP Addresses proven to be used by the Restrained Parties, on the Internet or on or through any other medium, those statements shall be deemed to be unlawful and to violate this order and their removal from (i) the website on which the statement was posted or published and (ii) any Internet Search Engines, including Google, Yahoo! and Bing is hereby mandated by this Court.

  J.  Within 48 hours of the entry of the Court's order, the Restrained Parties shall disclose to plaintiff the identity, by name, mailing address, e-mail address, telephone number, website, and IP address, as applicable, of all individuals and entities who participated in, funded, or are in any way responsible for, posting the Statements, publishing the Statements, or causing the Statements to be published;

  K.  Within 48 hours of the entry of the Court's order, the Restrained Parties shall identify, by claim number and filing date, any and all purported whistleblower claims submitted to the IRS, SEC, or any other government agency;

  L.  Within 48 hours of the entry of the Court's order, the Restrained Parties shall provide to plaintiff copies of any and all whistleblower claims submitted to the IRS, SEC, or any other government agency;

  M.  The Restrained Parties shall take all actions necessary to preserve all evidence concerning the subject matter of this adversary proceeding, including, without limitation, the preservation of all hard copy and electronic documents, servers, e-

      mails, computer files, smartphone and tablet data, text messages, and social media content;

N.     Within 72 hours of the entry of the Court's order, the Restrained Parties shall deliver to plaintiff's counsel and/or provide plaintiffs' counsel access to all electronic storage devices for forensic examination, including, without limitation, all computers, laptops, servers, computer files, smartphones, and tablets; the delivery of which shall be governed by a protocol to be entered by the Court;

O.     Within 72 hours of the entry of the Court's order, the Restrained Parties shall deliver to plaintiffs' counsel all log-in credentials, including, without limitation, user names and passwords, for each of the Restrained Parties' e-mail and social media accounts; the delivery of which shall be governed by a protocol to be entered by the Court;

P.     The Restrained Parties shall be preliminarily and permanently enjoined from causing the Statements to be posted or published on the Internet or on or through any other medium; and

Q.     An evidentiary hearing shall be scheduled for thirty (30) calendar days from the issuance of this order to determine whether the Restrained Parties shall be found in contempt.

**IT IS SO ORDERED THIS __ DAY OF JANUARY 2015.**

_____
Presiding Judge
United States Bankruptcy Court