UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | | |
|---|---|---|
| STEVEN C. FUSTOLO, | ) ) | Chapter 7 |
| | ) | Case No. 13-12692-JNF |
| Debtor. | ) ) | |
| | ) ) | |
| THE PATRIOT GROUP, LLC, | ) ) | |
| Plaintiff, | ) ) | Adversary Proceeding |
| | ) | No. 15-01015-JNF |
| v. | ) ) | |
| STEVEN C. FUSTOLO, and JOHN DOES 1-10, | ) ) ) | |
| Defendants. | ) ) | |

**REQUEST FOR EXPEDITED DETERMINATION OF
CREDITOR THE PATRIOT GROUP, LLC'S MOTION FOR INJUNCTIVE RELIEF**

Pursuant to Rule 9013-1(g) of the Local Bankruptcy Rules of the United States Bankruptcy Court for the District of Massachusetts, Creditor The Patriot Group, LLC (Patriot) hereby moves this Court for the entry of an order to scheduling an expedited hearing on **Wednesday January 21, 2015** or **Thursday, January 22, 2015** on Creditor The Patriot Group, LLC's (Patriot) Motion For Injunctive Relief, filed contemporaneously herewith. A proposed order is attached hereto. In support of its request, Patriot states as follows:

1. Beginning in the Spring 2014, defendants began a systematic, malicious, and deliberate course of unlawful conduct designed to attack Patriot's reputation and business as a means of intimidating Patriot and influencing the claims asserted in, and the outcome of, these bankruptcy proceedings. Defendants engaged in these attacks by fabricating accusations of tax

1

01/14/2015 Motion for Expedited Determination granted.