UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS

~~~~~~~~~~~~~~~~~~~~~~~~~~~

In re
**STEVEN C. FUSTOLO**,                                              Chapter 7
    Debtor                                                          Case No. 13-12692-JNF

~~~~~~~~~~~~~~~~~~~~~~~~~~~
**THE PATRIOT GROUP, LLC.**,
    Plaintiff
v.                                                                       Adv. P. No. 15-1015

**STEVEN C. FUSTOLO** and
**JOHN DOES 1-10**,
    Defendants

~~~~~~~~~~~~~~~~~~~~~~~~~~~

**ORDER**

In accordance with the Memorandum dated January 30, 2015, the Court allows the Motion of the Plaintiff, The Patriot Group, LLC ("Patriot"), for Preliminary Injunction and enters a preliminary injunction, pending further order of the Court. The Court orders that the Defendant, Steven C. Fustolo (the "Defendant") and his agents, employees, representatives, and any person acting on his behalf (the "Restrained Parties") to immediately cease and desist from publishing or causing to be published any and all defamatory, disparaging, vexatious, libelous, harassing, unlawful, or false statements, articles, press releases, blogs, stories, or publications of any sort on the Internet, through US mail, or through any other medium concerning Patriot and its employees, officers,

1

directors, and agents, including, without limitation, John C. Howe (the "Protected Parties"), as set forth in the Verified Complaint.

    The Defendant shall forthwith take all actions reasonably necessary to remove or to cause the Restrained Parties to remove all defamatory, disparaging, vexatious, libelous, harassing, unlawful, or false statements about the Protected Parties from the Internet or other mediums or platforms which were posted, published, mailed, drafted, or reproduced in any manner by the Restrained Parties.

By the Court,

*Joan N. Feeney*

Joan N. Feeney
United States Bankruptcy Judge

Dated: January 30, 2015