*[Handwritten margin annotation: "Joan N. Feeney" signature; "02/06/2015 Granted. The Court will hold a hearing on February 17, 2015 at 10:30 a.m. on the Patriot Group, LLC's Motion for Civil Contempt."]*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| STEVEN C. FUSTOLO, ) | Chapter 7 |
| ) | Case No. 13-12692-JNF |
| Debtor. ) | |
| ) | |
| ) | |
| THE PATRIOT GROUP, LLC, ) | |
| ) | |
| Plaintiff, ) | Adversary Proceeding |
| ) | No. 15-01015-JNF |
| v. ) | |
| ) | |
| STEVEN C. FUSTOLO, and ) | |
| JOHN DOES 1-10, ) | |
| ) | |
| Defendants. ) | |

**REQUEST FOR EXPEDITED DETERMINATION OF
THE PATRIOT GROUP, LLC'S MOTION FOR CIVIL CONTEMPT**

Pursuant to Rule 9013-1(g) of the Local Bankruptcy Rules of the United States Bankruptcy Court for the District of Massachusetts, Plaintiff The Patriot Group, LLC (Patriot) hereby moves this Court for the entry of an order scheduling an expedited hearing on either **February 12 or 17, 2015**, or at the Court's earliest convenience, on Plaintiff The Patriot Group, LLC's (Patriot) Motion For Civil Contempt, filed contemporaneously herewith. A proposed order is attached hereto. In support of its request, Patriot states as follows:

1. On January 30, 2015 this Court ordered Defendant Steven C. Fustolo "forthwith to take all actions reasonably necessary" to remove false and defamatory statements concerning Patriot and related persons from the Internet (Dkt. 30, 31). Seven (7) days later, the sum total of Mr. Fustolo's compliance with the order was to "post a message on a blog containing Cyber

1