# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re STEVEN C. FUSTOLO, <br><br> Debtor <br><br>———————————————— <br><br> THE PATRIOT GROUP, LLC, <br><br> Plaintiff, <br><br> v. <br><br> STEVEN C. FUSTOLO and <br> JOHN DOES 1-10, <br><br> Defendants. | Chapter 7 <br> Case No. 13-12692-JNF <br><br><br><br> Adv. P. No. 15-1015 |

## [PROPOSED][1] ORDER

After consideration of the Defendant's Third Status Report filed in the above adversary proceeding, this Court hereby orders the removal of the following Uniform Resource Locators ("URLs"):

- http://old-hill-partners.pissedconsumer.com/john-c-howe-and-old-hill-partners-block-truthful-web-content-about-their-alleged-irs-and-sec-frauds-20141112556850.html

- http://old-hill-partners.pissedconsumer.com/members-of-john-c-howe-s-patriot-group-and-old-hill-partners-may-be-complicit-in-mr-howe-s-alleged-tax-and-securities-frauds-20141102553226.html

- http://old-hill-partners.pissedconsumer.com/sarah-howe-and-daughter-jacqueline-howe-received-stolen-funds-from-tax-cheat-john-c-howe-20141212568878.html
- http://old-hill-partners.pissedconsumer.com/westport-sarah-y-howe-should-be-concerned-about-her-lifestyle-some-ask-whether-bankruptcy-is-imminent-20141216570569.html

---

[1] The Defendant submits this proposed order subject to and without waiving any of his appellate rights; without admitting or denying any allegation made by the plaintiff in this proceeding; and without prejudice to his right to appeal the Injunction Order and February 20 order and to seek the dismissal of the plaintiff's amended complaint.

1

- http://old-hill-partners.pissedconsumer.com/whistleblowers-International-attacked-by-alleged-tax-cheat-john-c-howe-and-old-hill-partners-20141125561908.html

- http://other-company.pissedconsumer.com/lawyer-ina-scher-davis-gilbert-hired-russian-computer-hackers-to-illegally-infiltrate-wbi-files-20141130563681.html

- http://sarah-y-howe.pissedconsumer.com/westport-s-sarah-y-howe-received-fraudulent-funds-from-husband-john-c-howe-20141204565340.html

- http://www.ripoffreport.com/r/Ina-Scher-Davis-Gilbert-/internet/Ina-Scher-Davis-Gilbert-Ina-Scher-Davis-Gilbert-Davis-Gilbert-LLP-Ina-Scher-of-1189043

- http://www.ripoffreport.com/r/John-C-Howe/WESTPORT-Connecticut/John-C-Howe-John-Howe-Old-Hill-Partners-Inc-Patriot-Group-LLC-Warning-John-C-1185330

- http://www.ripoffreport.com/r/John-C-Howe-Old-Hill-Partners-Inc/Darien-Connecticut-06820-/John-C-Howe-Old-Hill-Partners-Inc-John-C-Howe-Old-Hill-Partners-Inc-Patriot-Gro-1185552

- http://www.ripoffreport.com/r/John-C-Howe-Patriot-Group-Old-Hill-Partners-/Darien-Connecticut-06820-/John-C-Howe-Patriot-Group-Old-Hill-Partners-John-C-Howe-Patriot-Group-and-Old-Hil-1185795

- http://www.ripoffreport.com/r/old-hill-partners-/darien-connecticut-06820-/old-hill-partners-old-hill-partners-hedge-fund-old-hillpartners-john-c-howe-old-hil-1202616

- http://www.ripoffreport.com/r/old-hill-partners-john-howe/darien-connecticut-06820/old-hill-partners-john-howe-john-c-howe-old-hill-partners-inc-patriot-group-llc-o-1185777

By the Court,

Dated:

Joan N. Feeney
United States Bankruptcy Judge