# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

In Re:  The Patriot Group, LLC v. Fustolo et al        Case Number: 15-01015        Ch:

**MOVANT/APPLICANT/PARTIES:**

#76 Status Report (THIRD) & Request for Order (Re: [60] Order dated 2/20/2015 Re: [37] Motion filed by Plaintiff The Patriot Group, LLC For Contempt (Re: [31] Memorandum Dated 1/30/2015, [32] Order dated 1/30/2015 for Preliminary Injunction Re: [6] Motion filed by Plaintiff The Patriot Group, LLC for Preliminary Injunction) filed by Defendant Steven C. Fustolo (Attachments: # [1] Exhibit A # [2] Exhibit B, Proposed Order) (Horvitz, Matthew)

**OUTCOME:**

_____Granted_____Denied_____Approved_____Sustained
_____Denied_____Denied without prejudice_____Withdrawn in open court_____Overruled
_____OSC enforced/released
_____Continued to:_____For:_____
_____Formal order/stipulation to be submitted by:_____Date due:_____
_____Findings and conclusions dictated at close of hearing incorporated by reference
_____Taken under advisement: Brief(s) due_____From_____
                             Response(s) due_____From_____
_____Fees allowed in the amount of: $_____Expenses of: $_____
_____No appearance/response by:_____
_____DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

To the extent the Defendant seeks amendment or reconsideration of the Court's Injunction Order dated January 30, 2015, he shall file a separate motion requesting an amended order.  See MLBR 9013-1.  Any response or objection to such motion shall be filed within 7 days of the filing of the motion.

IT IS SO NOTED:                              IT IS SO ORDERED:

                                             /s/ Joan N. Feeney
_____               _____ Dated: 03/03/2015
Courtroom Deputy                             Joan N. Feeney, U.S. Bankruptcy Judge